# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

REDFISH RENTALS, INC.

VERSUS

SPECIALTY INDUSTRIAL,
L.L.C., WILLIAM CARMOUCHE
AND ALIXZANDRA EVANS

NO. 2020 CW 0658

NOVEMBER 9, 2020

---

In Re:    Redfish Rentals, Inc. and Redfish Rentals of Orange, Inc., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 154874.

---

BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.

**WRIT GRANTED.** The trial court's July 16, 2020 judgment sustaining the exception of improper venue filed by the respondents, Specialty Industrial, L.L.C. and William Carmouche, is hereby reversed. La. Civ. Code art. 44(C) provides that an objection to venue "is waived by the failure of the defendant to plead the declinatory exception timely as provided in Article 928," which states that a declinatory exception shall be pleaded prior to or in the answer. See **Luffey ex rel. Fredericksburg Properties of Texas, LP v. Fredericksburg Properties of Texas, LP**, 37,591 (La. App. 2d Cir. 12/10/03), 862 So.2d 403, 406 (where defendants waived exception of improper venue based on forum-selection clause by failing to file such an exception prior to filing their answer). The respondents did not file their exception of improper venue prior to filing an answer to Redfish Rentals, Inc.'s original petition. Additionally, the evidence produced by the relators, Redfish Rentals, Inc. and Redfish Rentals of Orange, Inc., in opposition to the respondents' exception indicates that the respondents were aware prior to the filing of their answer that the equipment they rented came from a Texas outlet of Redfish Rentals, Inc. and thus the venue provision in REDFISH RENTALS, INC.'S STANDARD TERMS AND CONDITIONS requiring that any suit arising from the rental contracts must be brought in Texas applied. Therefore, we find that the respondents waived their objection to venue by filing an answer to Redfish Rentals, Inc.'s original petition. See **Randell v. Prince**, 460 So.2d 96, 97 (La. App. 3d Cir. 1984). Accordingly, Specialty Industrial, L.L.C. and William Carmouche's exception of improper venue is denied.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT